IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SHAWN STEWART and
2. BRYANT EDWIN SEWALL,

    Defendants.

---

**STIPULATED STATEMENT OF THE CASE**

---

Pursuant to WJM Revised Practice Standard VI.B.3, the parties respectfully request that the Court provide the jury with the following statement of the case in its preliminary instructions to the jury:

**PRETRIAL JOINT INSTRUCTION NO. 1:
STATEMENT OF THE CASE**

This case concerns statements made to investors by defendants Michael Shawn Stewart and Bryant Edwin Sewall in connection with foreign exchange trading executed through businesses referred to as Mediatrix and Blue Isle. The Indictment charges that Stewart and Sewall agreed to make materially false and fraudulent statements to investors as part of a wire fraud scheme in violation of two federal statutes: 18 U.S.C. § 371 and 18 U.S.C. § 1343. Both of the defendants deny that they are guilty of any

1

crime, maintain that they did not make materially false statements to investors, and are presumed innocent.

Respectfully submitted this 16 day of April, 2024.

COLE FINEGAN
United States Attorney

By:     /s/ Anna Edgar
Anna Edgar
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Anna. Edgar@usdoj.gov
Attorney for the United States

By:     /s/ Bryan Fields
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

By: /s Bryan Fields
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

1