IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case No.  21-cr-00034-WJM                                Date  04/16/2024

Case Title  USA v. Stewart et al.

_____Plaintiff_____ FINAL WITNESS LIST
(Plaintiff / Defendant)

**WITNESS & DATE** (all will call)          **PROPOSED LENGTH OF TESTIMONY**

| Witness & Date | Direct | Cross | Total |
|---|---|---|---|
| Jake Hubbard – April 29 | 40 | 30 | |
| John Evans – April 30 | 30 | 30 | |
| Seldon Young – April 30 | 30 | 30 | |
| Mark Oldani – April 30 | 60 | 60 | |
| Scott Burg – April 30 | 20 | 20 | |
| Joseph Shramovich – April 30 | 20 | 10 | |
| Glenn Peitzmeier – April 30 | 20 | 10 | |
| John Maglosky – April 30 | 15 | 10 | |
| Michael Young (cross-designated) – April 30 - May 2 | 240 | 240 | |
| David Slavin – May 2 | 20 | 30 | |
| Patrick Parham – May 2 | 40 | 60 | |
| Lonnie Huffman – May 2 | 20 | 20 | |
| David Sondheimer – May 2 | 20 | 20 | |
| Jonathan Huwaert – May 2 | 20 | 20 | |
| Scott Habert – May 3 | 20 | 20 | |
| Kyle Henderson – May 3 | 20 | 20 | |
| Tyler Wood – May 3 | 30 | 40 | |
| Laura Barnes – May 3 | 20 | 20 | |

| Witness | Direct | Cross | Total |
|---|---|---|---|
| Robert Parfet – May 3 | 20 | 30 | |
| Chris Wrolstad – May 3 | 20 | 20 | |
| Michael Wilson – May 3 | 20 | 20 | |
| Mohammed Isbeer – May 6 | 40 | 75 | |
| Hesham Hasanin – May 6 | 90 | 120 | |
| Gary Dennison (cross-designated) – May 6-8 | 240 | 240 | |
| Jennifer Sunu – May 8 | 30 | 30 | |
| Brian King – May 8 | 45 | 60 | |
| Aaron Stewart – May 8-9 | 30 | 30 | |
| Sebastiano Cossia Castiglioni – May 9 | 30 | 30 | |
| Christine Norman – May 9 | 120 | 90 | |
| Guarav Patel (cross-designated) – May 13 | 120 | 120 | |
| Lindsay Fryer – May 13 | 120 | 90 | |