IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-cr-00034-WJM

**UNITED STATES OF AMERICA**

v.

1. **MICHAEL SHAWN STEWART,** and
2. **BRYANT EDWIN SEWALL,**

Defendants.

## DEFENDANTS' JOINT WITNESS LIST

Mr. Michael Stewart and Mr. Bryant Sewall, through undersigned counsel, respectfully submit the following Joint Witness List for the Jury Trial in this matter scheduled to commence on April 29, 2024.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
*Attorney for Defendant Stewart*

s/Thomas R. Ward
Thomas R. Ward
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com
*Attorney for Defendant Sewall*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Case No.   21-cr-00034-WJM                           Date  April 16, 2024

Case Title   United States vs. Michael Shawn Stewart and Bryant Edwin Sewall

## JOINT DEFENDANTS' FINAL WITNESS LIST (for 4/29/24 Jury Trial)
(Plaintiff / Defendant)

| WITNESS & DATE | Direct | Cross | Total |
|---|---|---|---|
| Brian Siklich | 45 | 30 | 75 |
| Erica Bonner | 30 | 30 | 60 |
| Kim Avery | 45 | 20 | 65 |
| Jack Pieron | 45 | 30 | 75 |
| Jacqueline Silbermann (Stewart defense counsel investigator) | 30 | 30 | 30 |
| Ian Burnett (Sewall defense counsel investigator) | 30 | 30 | 60 |
| Cliff Porter, CPA, CFE | 45 | 45 | 90 |
| Timothy M. Weithers, Ph.D. | 30 | 45 | 75 |
| Chris Parker | 20 | 20 | 40 |
| Michele Kirkland | 30 | 20 | 50 |

## CERTIFICATE OF SERVICE

I certify that on April 16, 2024, I electronically filed the foregoing:

**DEFENDANTS' JOINT WITNESS LIST**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Anna Edgar, Assistant United States Attorney
Email:  Anna.Edgar@usdoj.gov

Bryan Fields, Assistant United States Attorney
Email:  bryan.fields3@usdoj.gov

William Gillespie, Assistant United States Attorney
Email:  william.gillespie@usdoj.gov

Thomas R. Ward
Email: tward@mswdenver.com
Attorney for Defendant Sewall

Lindsay N. Brown
Email: lindsay@meilstrupbrown.com
Attorney for Defendant Sewall

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Michael Stewart (via U.S. mail)

    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    *Attorney for Defendant Stewart*