IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL SHAWN STEWART and
2. BRYANT EDWIN SEWALL,

    Defendants.

---

## VERDICT FORM

---

Please do not write anything on this form except to check a response and to sign and date the form.

### COUNT 1

1.     We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 1 of the Indictment, charging wire fraud:

        _____ Not Guilty

        \_\_X\_\_ Guilty

2.     We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 1 of the Indictment, charging wire fraud:

        _____ Not Guilty

        \_\_X\_\_ Guilty

## COUNT 2

3. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 2 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_\_   Guilty

4. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 2 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_\_   Guilty

## COUNT 3

5. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 3 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_\_   Guilty

6. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 3 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_\_   Guilty

## COUNT 4

7. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 4 of the Indictment, charging wire fraud:

　　　_____　Not Guilty

　　　__X__　Guilty

8. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 4 of the Indictment, charging wire fraud:

　　　_____　Not Guilty

　　　__X__　Guilty

## COUNT 5

9. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 5 of the Indictment, charging wire fraud:

　　　_____　Not Guilty

　　　__X__　Guilty

10. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 5 of the Indictment, charging wire fraud:

　　　_____　Not Guilty

　　　__X__　Guilty

## COUNT 6

11. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 6 of the Indictment, charging wire fraud:

    _____ Not Guilty

    \_\_X\_\_ Guilty

12. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 6 of the Indictment, charging wire fraud:

    _____ Not Guilty

    \_\_X\_\_ Guilty

## COUNT 7

13. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 7 of the Indictment, charging wire fraud:

    _____ Not Guilty

    \_\_X\_\_ Guilty

14. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 7 of the Indictment, charging wire fraud:

    _____ Not Guilty

    \_\_X\_\_ Guilty

4

## COUNT 8

15. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 8 of the Indictment, charging wire fraud:

    _____   Not Guilty

    \_\_X\_\_   Guilty

16. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 8 of the Indictment, charging wire fraud:

    _____   Not Guilty

    \_\_X\_\_   Guilty

## COUNT 9

17. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 9 of the Indictment, charging wire fraud:

    _____   Not Guilty

    \_\_X\_\_   Guilty

18. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 9 of the Indictment, charging wire fraud:

    _____   Not Guilty

    \_\_X\_\_   Guilty

5

## COUNT 10

19. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 10 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

20. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 10 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

## COUNT 11

21. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 11 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

22. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 11 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

## COUNT 12

23. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 12 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

24. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 12 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

## COUNT 13

25. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 13 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

26. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 13 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

7

## COUNT 14

27. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 14 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

28. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 14 of the Indictment, charging wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

## COUNT 15

29. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL SHAWN STEWART, in Count 15 of the Indictment, charging conspiracy to commit wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

30. We, the jury, upon our oaths, unanimously find the defendant, BRYANT EDWIN SEWALL, in Count 15 of the Indictment, charging conspiracy to commit wire fraud:

   _____   Not Guilty

   \_\_X\_\_   Guilty

The Foreperson must sign and date this Verdict Form, and then give a note the Bailiff stating that you have reached a verdict, but do not give this Verdict Form to the Bailiff.

__5/17/24__
DATE

__3:30 PM__
TIME